IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREYVEON JAMES JOHNSON,<br><br>　　　　Defendant. | Criminal Action No. 1:23-cr-73-CKK-14<br><br>Hon. Colleen Kollar-Kotelly |

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

Pursuant to Local Criminal Rule 44.5, the undersigned counsel, Stephanie A. Perez, respectfully moves this Court for permission to withdraw as counsel for Treyveon James Johnson in the above-captioned case. In support of this motion, counsel states:

1. Counsel works at the law firm of O'Melveny & Myers LLP with Benjamin Singer. Mr. Singer is lead counsel for Mr. Johnson and was appointed to represent Mr. Johnson in this case in November 2023.

2. Counsel entered her appearance on behalf of Mr. Johnson in this case on July 11, 2024.

3. This Court held a sentencing hearing as to Mr. Johnson on September 5, 2024 and entered its Judgment as to Mr. Johnson on September 10, 2024.

4. The time for filing a notice of appeal for Mr. Johnson expired on September 24, 2024.

5. Therefore, there remains no further continuing duty of representation on behalf of Mr. Johnson.

For the foregoing reasons, counsel requests that the Court grant this motion and permit the undersigned to formally withdraw as counsel of record for Mr. Johnson.

Dated: May 1, 2025                              Respectfully submitted,

                                                                By:     /s/ *Stephanie A. Perez*
                                                                                   Stephanie A. Perez (Bar No. 90018082)
                                                                                   **O'Melveny & Myers LLP**
                                                                                   1625 Eye Street, NW
                                                                                  Washington, DC 20006
                                                                                 202-383-5300
                                                                                 sperez@omm.com

                                                                                *Attorney for Treyveon Johnson*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2025, I caused a copy of the foregoing to be served on counsel of record via electronic filing.

Date:  May 1, 2025

Respectfully submitted,

By:  /s/ *Stephanie A. Perez*
     Stephanie A. Perez (Bar No. 90018082)
**O'Melveny & Myers LLP**
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
sperez@omm.com

*Attorney for Treyveon Johnson*