# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>HECTOR DAVID VALDEZ, *et al.*,<br><br>    Defendants. | Criminal Action No. 23-073 (CKK) |

## AMENDED PRETRIAL SCHEDULING ORDER
(May 9, 2025)

Upon consideration of the parties' [654] Pretrial Scheduling Proposal, it is **ORDERED** that the parties shall adhere to the following deadlines for pretrial submissions and disclosures. This schedule is based on the availability of counsel and the Court and is subject to change if an earlier trial date is set or if the Court grants Defendant Teron McNeil's pending [656] Motion to Sever. The Court has modified some of the parties' proposed deadlines to ensure adequate time for full consideration of the parties' submissions before trial begins. Modified deadlines are marked with an asterisk (*).

|  | *Deadlines* |
|---|---|
| <u>Discovery & Associated Deadlines</u> | |
| Government to complete discovery under superseding indictment | <u>May 15, 2025[1]</u> |
| Discovery motions (Fed. R. Crim. P. 16) | <u>October 6, 2025</u> |
| | |
| <u>Expert Notices & Other Crimes Evidence</u> | |
| Government's expert notice (FRE 701 & 702) | <u>October 13, 2025</u> |
| Defendant's expert notice (FRE 701 & 702) | <u>October 27, 2025</u> |
| Government's FRE 404(b) notice | <u>November 10, 2025</u> |
| Defendant's response to FRE 404(b) notice | <u>November 24, 2025</u> |
| *Brady* notice | <u>December 8, 2025</u> |
| | |
| <u>Experts</u> | |
| Expert reports (FRE 702) | <u>November 17, 2025</u> |
| Lay witness identification and subject matter (FRE 701) | <u>December 29, 2025</u> |
| | |
| <u>Non-Evidentiary Pretrial Motions</u> | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | <u>September 8, 2025</u> |
|     Government's response to Defendant's non-evidentiary motions | <u>September 22, 2025</u> |
|     Defendant's reply as to non-evidentiary motions | <u>September 26, 2025</u> |

---

[1] On or before this date, the Government shall produce all *Brady* information currently in its possession. Rolling discovery productions shall continue as the Government receives new documents and reports.

Government's non-evidentiary pretrial motions        September 8, 2025
       Defendant's response to Government's non-evidentiary motions    September 22, 2025
       Government's reply as to non-evidentiary motions    September 26, 2025

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*        November 24, 2025
       Government's response to Defendant's evidentiary motions    December 8, 2025
       Defendant's reply as to evidentiary motions    December 12, 2025
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))        November 24, 2025
       Defendant's response to Government's evidentiary motions    December 8, 2025
       Government's reply as to evidentiary motions    December 12, 2025

Motions in Limine
Motions *in limine* by both sides        **December 1, 2025 \***
Responses to motions *in limine*        **December 10, 2025 \***
Replies as to motions *in limine*        **December 15, 2025 \***

Joint notice of stipulations        January 5, 2026

*Giglio*, *Jencks*, and Rule 26.2 material        January 5, 2026

*Voir Dire* and Jury Instructions        **December 29, 2025 \***

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits        December 29, 2025
Defendant's witness list, exhibit list and exhibits        December 29, 2025

Hearings
Evidentiary Hearing(s) *(if necessary)*[2]        **December 17, 2025 \***
Pretrial Conference        January 9, 2026

**Trial shall begin on January 12, 2026.**

       **SO ORDERED.**

       **Dated:** May 9, 2025

                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

---

[2] The parties and their counsel shall hold this date open for any evidentiary hearings that may be necessary to resolve the parties' pretrial motions.